**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**
-----------------------------------------------------------x

**In re:**                                          Case No. *15- 70784-AST*

*FRANKLYN KHAN*                       Chapter: *13*

**Debtor(s)**
-----------------------------------------------------------x

### APPLICATION IN SUPPORT OF
### ORDER TO SHOW CAUSE

To the Hon. *TRUST*                    , Bankruptcy Judge;

I *FRANKLYN KHAN* , Movant herein, make this application in support
of my Order to Show Cause to seek entry of an Order to:
*TO EXTEND STAY*
_____
_____

In support of the relief requested, I hereby allege as follows:
*I ONLY HAD 1 OTHER CASE THIS YEAR THAD WAS*
*DISMISED KONDAUR CAPITAL SAYS I HAN NO STAY AND*
*I IS GOING TO FORCLOSE TODAY AT 1-30 PM. THE SALE*
*SHOULD BE STOPED*
_____
_____
_____

WHEREFORE, Movant prays for the entry of an Order to Show Cause granting the relief
requested.

Dated: *3-4-15*                      By: _____
                                            *(Signature of movant)*

                     Type or Print Name: *FRANKLYN KHAN*
                             Address: *51 SAMMIS AVE*
                                        *DEERPARK NY 11729*
                     Telephone Number: *631 445 4316*

**RETURN DATE:** _____

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**
-------------------------------------------------------x

**In re:**

FRANKLYN KITMAN

Case No. *15-70784-AST*

Chapter: *13*

**Debtor(s)**
-------------------------------------------------------x

### ORDER TO SHOW CAUSE

Upon the annexed application of Movant, *FRANKLYN KITMAN* seeking entry of an Order to *TO EXTEND STAY* _____

_____

_____, it is

**ORDERED** that _____ show cause at _____ o'clock on the date of _____ or as soon thereafter as Movant may be heard before the Honorable _____ Bankruptcy Judge in Courtroom _____ at United States Bankruptcy Court located at _____, why this Court should not enter an Order to _____

_____.

**ORDERED** that service of this Order to Show Cause together with the application be served on or before the end of the business day on _____, upon

_____

_____, and upon the Trustee at _____and United States Trustee.

**ORDERED** that objections, if any, to the relief requested shall be made in writing, shall set forth with particularity, the grounds for such objection and shall be filed with the Clerk of the Court along with an extra copy marked "Chambers Copy," Trustee, United States Trustee, and the Movant on or before _____; and it is further

**ORDERED** that the hearing scheduled herein may be adjourned by the Court, from time to time, without further notice other than announcement of the adjourned hearing date in open court.

Dated:

_____
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

----------------------------------------------------------x

**In re:**                                      Case No.
                                                Chapter:


**Debtor(s)**

----------------------------------------------------------x

### CERTIFICATE OF SERVICE

The undersigned certifies that on _____, a copy of the annexed papers was served
by depositing same, enclosed in a properly addressed postage-paid envelope, in an official
depository under the exclusive care of the United States Postal Service within the State of New
York, upon *[below specify the name and mailing address of each party served]*:


Dated: _____              _____
                                                *(Signature)*