RETURN DATE: _____

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
In re:                                                                    Case No. 15-70784-AST

Franklyn Kinhal                                                    Chapter: 13

                                    Debtor(s)
-----------------------------------------------------------X

## ORDER TO SHOW CAUSE

Upon the annexed application of Movant, Franklyn Kinhal seeking entry of an Order to TO EXTEND STAY _____, it is

ORDERED that Kondaur Capital Corp. show cause at 9:30 a.m. o'clock on the date of March 10, 2015 or as soon thereafter as Movant may be heard before the Honorable Alan S. Trust Bankruptcy Judge in Courtroom 960 at United States Bankruptcy Court located at 290 Federal Plaza, Central Islip, NY, why this Court should not enter an Order to extend the automatic stay.

ORDERED that service of this Order to Show Cause together with the application be served on or before the end of the business day on March 4, 2015, upon Kondaur Capital Corp. c/o McGovern and Amodio, 2 William Street Suite 306, White Plains, NY 10601, and upon the Trustee at 115 Eileen Way, Suite 105, Syosset NY 11791 and United States Trustee.

ORDERED that objections, if any, to the relief requested shall be made in writing, shall set forth with particularity, the grounds for such objection and shall be filed with the Clerk of the Court along with an extra copy marked "Chambers Copy;" Trustee, United States Trustee, and the Movant on or before noon on March 9, 2015; and it is further

ORDERED that the hearing scheduled herein may be adjourned by the Court, from time to time, without further notice other than announcement of the adjourned hearing date in open court.

Dated: March 4, 2015

_____
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
In re:                                                            Case No. 15-70784-AST

FRANKLYN KHAN                                         Chapter: 13

                              Debtor(s)
-----------------------------------------------------------x

## APPLICATION IN SUPPORT OF
## ORDER TO SHOW CAUSE

To the Hon. TRUST                    , Bankruptcy Judge;

   I FRANKLYN KHAN, Movant herein, make this application in support of my Order to Show Cause to seek entry of an Order to:

TO EXTEND STAY

   In support of the relief requested, I hereby allege as follows:

I ONLY HAD 1 OTHER CASE THIS YEAR THAT WAS DISMISSED KONDAUR CAPITAL SAYS I HAD NO STAY AND IS GOING TO FORECLOSE TODAY AT 1:30 PM. THE SALE SHOULD BE STOPED

   WHEREFORE, Movant prays for the entry of an Order to Show Cause granting the relief requested.

Dated: 3-4-15                                   By: _____
                                                        (Signature of movant)

                                   Type or Print Name: FRANKLYN KHAN
                                              Address: 51 SAMMIS AVE
                                                              DEERPARK NY 11729
                                   Telephone Number: 631 445 4316

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------x
In re:                                                                  Case No.
                                                                              Chapter:



                                    Debtor(s)
-------------------------------------------------------x

## CERTIFICATE OF SERVICE

The undersigned certifies that on _____, a copy of the annexed papers was served by depositing same, enclosed in a properly addressed postage-paid envelope, in an official depository under the exclusive care of the United States Postal Service within the State of New York, upon *[below specify the name and mailing address of each party served]*:










Dated: _____                          _____
                                                                                  *(Signature)*



Franklyn Khan
69 Cavalry Ave
Mastic, NY 11950

Kondaur Capital
c/o McGovern & Amodio
3 William Street, Suite 306
White Plains, NY 10601