Case 8-15-70784-ast    Doc 13    Filed 03/09/15    Entered 03/09/15 15:41:27

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------x
In re:                                              Case No. 15-76784-AST

Franklyn Khan                                        Chapter: 13

                            Debtor(s)
-------------------------------------------------------x

### CERTIFICATE OF SERVICE

The undersigned certifies that on March 4, 2015, a copy of the annexed papers was served by depositing same, enclosed in a properly addressed postage-paid envelope, in an official depository under the exclusive care of the United States Postal Service within the State of New York, upon *[below specify the name and mailing address of each party served]*:

[Received stamp: U.S. BANKRUPTCY COURT EASTERN DISTRICT OF NEW YORK, 2015 MAR -9 P 3:27]

Dated: March 5, 2015

_Syed Ali_
(Signature)
Syed Ali

RETURN DATE: _____

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
In re:                                                                    Case No. 15-70784-AST

Frankkgal Kithal

Chapter: 13

Debtor(s)
-----------------------------------------------------------------x

## ORDER TO SHOW CAUSE

Upon the annexed application of Movant, __Frankkgal Kithal__ seeking entry of an Order to __TO EXTEND STAY__ _____, it is

ORDERED that __Kondaur Capital Corp.__ show cause at __9:30 a.m.__ o'clock on the date of __March 10, 2015__ or as soon thereafter as Movant may be heard before the Honorable __Alan S. Trust__ Bankruptcy Judge in Courtroom __960__ at United States Bankruptcy Court located at __290 Federal Plaza, Central Islip, NY__, why this Court should not enter an Order to __extend the automatic stay__

ORDERED that service of this Order to Show Cause together with the application be served on or before the end of the business day on __March 4, 2015__, upon __Kondaur Capital Corp. c/o McGovern and Amodio, 2 William Street Suite 306, White Plains, NY 10601__, and upon the Trustee at __115 Eileen Way, Suite 105, Syosset NY 11791__ and United States Trustee.

ORDERED that objections, if any, to the relief requested shall be made in writing, shall set forth with particularity, the grounds for such objection and shall be filed with the Clerk of the Court along with an extra copy marked "Chambers Copy;" Trustee, United States Trustee, and the Movant on or before __noon on March 9, 2015__; and it is further

ORDERED that the hearing scheduled herein may be adjourned by the Court, from time to time, without further notice other than announcement of the adjourned hearing date in open court.

Dated: __March 4, 2015__

_____
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
In re:                                                           Case No. 15-70784-AST

FRANKLYN KHAN                                       Chapter: 13

                              Debtor(s)
-----------------------------------------------------------x

APPLICATION IN SUPPORT OF
ORDER TO SHOW CAUSE

To the Hon. TRUST                    , Bankruptcy Judge;

I FRANKLYN KHAN, Movant herein, make this application in support of my Order to Show Cause to seek entry of an Order to:

TO EXTEND STAY

In support of the relief requested, I hereby allege as follows:

I ONLY HAD 1 OTHER CASE THIS YEAR THAT WAS DISMISSED KONDAUR CAPITAL SAYS I HAD NO STAY AND IS GOING TO FORECLOSE TODAY AT 1:30 PM. THE SALE SHOULD BE STOPED

WHEREFORE, Movant prays for the entry of an Order to Show Cause granting the relief requested.

Dated: 3-4-15                         By: _____
                                                   (Signature of movant)

Type or Print Name: FRANKLYN KHAN
Address: 51 SAMMIS AVE
            DEERPARK NY 11729
Telephone Number: 631 445 4316

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------x
**In re:**                                                                 Case No.
                                                                                        Chapter:


                                            **Debtor(s)**
-------------------------------------------------------x

### CERTIFICATE OF SERVICE

The undersigned certifies that on _____, a copy of the annexed papers was served by depositing same, enclosed in a properly addressed postage-paid envelope, in an official depository under the exclusive care of the United States Postal Service within the State of New York, upon *[below specify the name and mailing address of each party served]*:




Dated: _____                                     _____
                                                                                                        *(Signature)*