UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------X
IN RE:

    FRANKLYN KHAN,                                Chapter 13

                       Debtors,                      Case No.: 15-70784-ast

-------------------------------------------------------X

## ORDER EXTENDING THE AUTOMATIC STAY

Upon reading and filing of the Application in Support of Order To Show Cause dated March 4, 2015 to extend the automatic stay and all prior papers and proceedings in this matter, and a hearing having been held on February 10, 2015, before the Hon. Alan S. Trust and the secured creditor having appeared by its counsel, McGovern & Amodio, Esqs. by telephone and the Debtor having appeared in person and the Trustee having not opposed this application and upon due deliberation, now;

Upon the motion of Franklyn Khan, the Debtor herein, it is hereby:

**ORDERED**, that the automatic stay as it relates to the Debtor's real property located at 69 Coventry Avenue, Mastic, NY is hereby extended until **April 9, 2015** at which time a further hearing will be held before the Hon. Alan S. Trust at 10:00 AM in Courtroom 960 upon the condition that the Debtor pay the sum of Two Thousand Five Hundred and no cents ($2,500.00) Dollars by check payable to "McGovern & Amodio, As attorneys for IFC Notes MGT LLC" and sent to its address at 2 William Street, Suite 306, White Plains, New York 10601 so as to be received no later than March 31st, 2015; and it is further

**ORDERED**, that the Court shall retain jurisdiction over the implementation of this Order; and it is further

**ORDERED**, that counsel for IFC Notes MGT LLC shall serve a copy of this Order on the Debtor, the Chapter 13 Trustee and the Office of the United States Trustee within **three (3)** business days after the entry of this Order.



**Dated: March 20, 2015**  
**Central Islip, New York**

**Alan S. Trust**  
**United States Bankruptcy Judge**