# CERTIFICATE OF SERVICE

Michael P. Amodio, of McGovern & Amodio, Esqs., attorneys for the secured Creditor, IFC Notes MGT LLC as Assignee of Kondaur Capital Corporation declares under penalties of perjury:

1. I am an attorney duly admitted to practice law in the State of New York and before this Court and am a member of the firm of McGovern & Amodio, Esqs., attorneys for the secured Creditor, IFC Notes MGT LLC as Assignee of Kondaur Capital Corporation. I have a business address of 2 William Street, Suite 306, White Plains, New York 10601.

2. On March 23, 2015, I caused the Order Extending the Automatic Stay to be served upon the parties listed on the annexed service list by First Class Mail by enclosing true copies thereof into properly addressed, postage pre-paid envelopes and causing same to be deposited into a designated depository maintained by the United States Postal Service.

I declare under penalty of perjury that the foregoing is true and correct.

Executed at White Plains, New York on March 23, 2015

By:    /s/ Michael P. Amodio
       Michael P. Amodio

# SERVICE LIST

To:   Franklyn Khan
      69 Coventry Avenue
      Mastic, NY 11950

To:   Clerk of the Bankruptcy Court
      Eastern District of New York
      290 Federal Plaza
      Central Islip, NY 11722

To:   Marianne DeRosa, Esq.
      Bankruptcy Trustee
      115 Eileen Way, Suite 105
      Syosset, New York 11791

To:   United States Trustee
      560 Federal Plaza - Rm 560
      Central Islip, NY 11722