UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------X
IN RE:

|  |  |
|---|---|
| FRANKLYN KHAN | CHAPTER 13 |
| Debtors, | Case No.  15-70784-ast |

-------------------------------------------------------X

## AFFIRMATION OF NON-PAYMENT

STATE OF NEW YORK          )
COUNTY OF WESTCHESTER      ) ss.:

MICHAEL P. AMODIO, an attorney duly admitted to practice law before the Courts of the State of New York and this Court, hereby affirms the following under penalty of perjury:

1. I am a member of the firm of McGovern & Amodio LLC, attorneys for the creditor, Kondaur Capital Corporation and its Assignee, IFC Notes MTG LLC.

2. On March 10, 2015 a hearing was held on the debtor Franklyn Khan's motion to extend the automatic stay and after the hearing the Court issued an Order extending the automatic stay until April 9, 2015 upon the condition that the debtor make a $2,500.00 payment to McGovern & Amodio as attorneys for IFC Notes MGT LLC no later than March 31, 2015.

3. No payment was received by my office by March 31st or by the hearing date of April 9th, 2015.

Wherefore it is respectfully requested the motion to extend the automatic stay be denied and the automatic stay allowed to expire.

Duly Affirmed: White Plains, New York
April 10, 2015

                               /s Michael P. Amodio
                               MICHAEL P. AMODIO