# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NEW YORK
290 Federal Plaza
Central Islip, NY 11722

IN RE:  
Franklyn Khan

Case No. 15-70784-ast

Chapter: 13

SSN/TAX ID: XXX-XX- 8402

Debtor

## REQUEST FOR JUDICIAL DETERMINATION
## CONCERNING DISMISSAL PURSUANT TO 11 U.S.C. § 521(i)

The Clerk's Office requests the Court to determine this case should be dismissed pursuant to 11 U.S.C. § 521(i). The following deficiencies under 11 U.S.C. § 521(a)(1) are noted:

- ☐ Notice to Individual Consumer Debtor Under § 342(b) of the Bankruptcy Code (Official Form B201)
- ☑ Schedule A (Real Property) (Official Form B6A)
- ☑ Schedule B (Personal Property) (Official Form B6B)
- ☑ Schedule D (Creditors Holding Secured Claims) (Official Form B6D)
- ☑ Schedule E (Creditors Holding Unsecured Priority Claims) (Official B6E)
- ☑ Schedule F (Creditors Holding Unsecured Nonpriority Claims) (Official Form B6F)
- ☑ Schedule I (Current Income of Individual Debtor) (Official Form B6I)
- ☑ Schedule J (Current Expenditures of Individual Debtor) (Official B6J)
- ☑ Statement of Financial Affairs (Official Form 7)
- ☑ Statement of Monthly Income and Means Test Calculation (Official Form B22A)
- ☑ Copies of Pay Statements received within 60 days of filing from any employer *or* a statement indicating this requirement is not applicable

**By the Court:** S/ D Bernard     **Date:** April 14, 2015

- ☐ The Clerk's Office is directed to dismiss this case pursuant to 11 U.S.C. § 521(i)(1).
- ☐ The Clerk's Office is directed not to dismiss this case pursuant to 11 U.S.C. § 521(i)(1) for the following reason:

_____
_____

**SO ORDERED**