# United States Bankruptcy Court

Eastern District Of New York
290 Federal Plaza
Central Islip, NY 11722

---

IN RE:                                                                                          CASE NO: 8–15–70784–ast

   Franklyn Khan

Social Security/Individual Taxpayer ID/Taxpayer ID/Employer ID No.:                     CHAPTER: 13

   xxx–xx–8402

         DEBTOR(s)

---

## NOTICE OF AUTOMATIC DISMISSAL OF CASE

## UNDER BANKRUPTCY CODE § 521 (i)(1)


1) This case was filed on February 27, 2015 with deficiencies.

2) A Notice of Deficiency Filing was sent on February 27, 2015 informing the debtor(s), among other things, that there were outstanding statements, schedules and/or lists to be filed or the case may be subject to automatic dismissal under § 521(i)(1) of the Bankruptcy Code.

3) A Final Notice of Section 521 Deficiencies was sent on April 1, 2015 notifying the debtor(s) that certain documents remained outstanding and in the absence of those documents being filed, the case would be dismissed under § 521(i)(1) of the Bankruptcy Code.

4) As of this date, some or all of the required documents have not been filed with the Clerk of the Court.

Under § 521(i)(1), the above captioned case is dismissed effective on the 46th day after the date of the filing of the petition.


Dated: April 15, 2015


                               For the Court, Robert A. Gavin, Jr., Clerk of Court