```
                              United States Bankruptcy Court
                               Eastern District of New York
```

In re:                                                                Case No. 15-70784-ast
Franklyn Khan                                                         Chapter 13
       Debtor

## CERTIFICATE OF NOTICE

District/off: 0207-8        User: dbernard              Page 1 of 1                  Date Rcvd: Apr 15, 2015
                            Form ID: 274                Total Noticed: 7

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 17, 2015.
db             +Franklyn Khan,    69 Coventry Avenue,    Mastic, NY 11950-5101
8517976       ++CREDIT ACCEPTANCE CORPORATION,    25505 WEST 12 MILE ROAD,    SOUTHFIELD MI 48034-8316
                 (address filed with court: Credit Acceptance,     25505 West 12 Mile Rd.,    Southfield, MI 48034)
8516427        +INTERNAL REVENUE SERVICE,    ONE METROTECH CENTER,    BROOKLYN, NY 11201-3948
8516428        +KONDAUR CAPITAL CORP,    C/O MCGOVERN AND AMODIO,    2 WILLIAM STREET,    SUITE 306,
                 WHITE PLAINS, NY 10601-1916
8521700        +Kondaur Capital Corporation,    %McGovern & Amodio, Esqs.,    Two William Street, Ste 306,
                 White Plains, NY 10601-1916
8525509        +Midland Credit Management, Inc.,    as agent for MIDLAND FUNDING LLC,    PO Box 2011,
                 Warren, MI 48090-2011
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            +E-mail/Text: ustpregion02.li.ecf@usdoj.gov Apr 15 2015 18:10:23     United States Trustee,
                 Office of the United States Trustee,    Long Island Federal Courthouse,
                 560 Federal Plaza - Room 560,    Central Islip, NY 11722-4456
                                                                                              TOTAL: 1

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 17, 2015                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 15, 2015 at the address(es) listed below:
              Marianne DeRosa    Derosa@ch13mdr.com, mderosa13@ecf.epiqsystems.com
              Michael P Amodio    on behalf of Creditor   Kondaur Capital Corporation mpamodio@optonline.net,
               mpamodio@aol.com
              United States Trustee    USTPRegion02.LI.ECF@usdoj.gov
                                                                                             TOTAL: 3
```

# United States Bankruptcy Court

Eastern District Of New York
290 Federal Plaza
Central Islip, NY 11722

---

IN RE:                                                                                                    CASE NO: 8−15−70784−ast

   Franklyn Khan

Social Security/Individual Taxpayer ID/Taxpayer ID/Employer ID No.:                                       CHAPTER: 13

   xxx−xx−8402

                    DEBTOR(s)

---

## NOTICE OF AUTOMATIC DISMISSAL OF CASE

## UNDER BANKRUPTCY CODE § 521 (i)(1)

1) This case was filed on February 27, 2015 with deficiencies.

2) A Notice of Deficiency Filing was sent on February 27, 2015 informing the debtor(s), among other things, that there were outstanding statements, schedules and/or lists to be filed or the case may be subject to automatic dismissal under § 521(i)(1) of the Bankruptcy Code.

3) A Final Notice of Section 521 Deficiencies was sent on April 1, 2015 notifying the debtor(s) that certain documents remained outstanding and in the absence of those documents being filed, the case would be dismissed under § 521(i)(1) of the Bankruptcy Code.

4) As of this date, some or all of the required documents have not been filed with the Clerk of the Court.

Under § 521(i)(1), the above captioned case is dismissed effective on the 46th day after the date of the filing of the petition.

Dated: April 15, 2015

                                                                                    For the Court, Robert A. Gavin, Jr., Clerk of Court

**BLnod521.jsp** [Notice of Dismissal rev.2/8/06]