# United States Bankruptcy Court

Eastern District Of New York
290 Federal Plaza
Central Islip, NY 11722

| | |
|---|---|
| IN RE: | CASE NO: 8−15−70784−ast |
| Franklyn Khan | |
| Social Security/Individual Taxpayer ID/Taxpayer ID/Employer ID No.: | CHAPTER: 13 |
| xxx−xx−8402 | |
| DEBTOR(s) | |

## ORDER TO CLOSE

## AUTOMATICALLY DISMISSED CASE

The above−captioned case was automatically dismissed under § 521(i)(l).

**IT IS ORDERED THAT:**

    Marianne DeRosa (Trustee) is discharged as trustee of the estate of the above−named debtor(s) and the bond is cancelled.

The Chapter 13 case of the above−named debtor(s) is closed.

s/ Alan S Trust
United States Bankruptcy Judge

Dated: May 18, 2015